UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. 05-10507-NG |
| v. | ) |
| SS NOBSKA its engines, boilers, lockers, cables, chains, tackle, fittings and spare parts, apparel, outfit, tools and other equipment, and all other appurtenances, etc., *in rem*, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as lead counsel for the plaintiff, the United States of America.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

_____
MICHAEL A. DILAURO, Trial Attorney
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271
Tel. (202) 616-4019
Fax (202) 616-4159

Dated: March 17, 2005