UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

FILED
IN CLERKS OFFICE

2005 MAR 17 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Civil Action No. _____ |
| ) | |
| v. ) | |
| ) | |
| SS NOBSKA its engines, boilers, ) | 05-10507 NG |
| lockers, cables, chains, tackle, fittings ) | |
| and spare parts, apparel, outfit, tools ) | |
| and other equipment, and all other ) | |
| appurtenances, etc., *in rem*, ) | |
| ) | |
| Defendant. ) | |

### ORDER
### FOR ISSUANCE OF WARRANT
### OF SEIZURE

Upon reading the United States' Verified Complaint *in rem* and the Application for Issuance of Warrant of Seizure and supporting papers, and the Court finding that the conditions for an action *in rem* under Supplemental Admiralty Rule C appear to exist, it is

**ORDERED** that the Clerk shall issue a Warrant of Seizure as prayed for in the Application for Issuance of Warrant of Seizure; and it is further

**ORDERED** that any person claiming an interest in the property arrested pursuant to that Warrant of Seizure shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and it is further

**ORDERED** that a copy of this Order be attached to and served with the Warrant of Seizure.

**DATED** at Boston, Massachusetts this 17 day of March, 2005.

_____
**UNITED STATES DISTRICT JUDGE**