UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. 05-10507-NG |
| v. | ) |
| SS NOBSKA its engines, boilers, lockers, cables, chains, tackle, fittings and spare parts, apparel, outfit, tools and other equipment, and all other appurtenances, etc., *in rem*, | ) |
| Defendant. | ) |

### ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

Upon the application of Plaintiff, the United States of America, for an Order appointing a substitute custodian in lieu of the United States Marshal in this case, and good cause appearing therefor, it is

**ORDERED** that the Plaintiff's application is granted and that the United States Marshal for the District is directed to transfer custody of the defendant Vessel immediately following its arrest to the substitute custodian, the National Park Service ("NPS"); and it is further

**ORDERED** that upon the transfer of the Vessel to NPS, that agency is hereby appointed to act as Substitute Custodian of the Defendant Vessel during custodia

<u>legis</u> on behalf of this Court, in place and instead of the United States Marshal until further order of this Court; and it is further

**ORDERED** that upon transfer of custody of the vessel to NPS by the United States Marshal, the Marshal shall not be responsible for the safekeeping of the vessel and shall not be liable for any loss occurring while it remains in the custody of NPS; and it is further

**ORDERED** that all reasonable expenditures which may be incurred by the United States Attorney, the United States Department of Justice, and NPS, or by any party advancing funds to NPS, for safekeeping or maintaining the Vessel while it is in <u>custodia legis</u> shall be administrative expenses and a first charge on the Vessel, to be paid prior to the release of the Vessel or distribution of the proceeds of its sale, said expenses of NPS commencing this date, to include, among other things the cost of electricity, security, routine maintenance and inspection, and maintenance of the integrity of the Vessel; and it is further

DATED at Boston, Massachusetts this 17 day of March, 2005.

_____
UNITED STATES DISTRICT JUDGE