UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Court Original*

FILED
IN CLERKS OFFICE

2005 MAR 17 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

**IN REM WARRANT OF ARREST**

CIVIL ACTION
NO. _____

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or his deputies:

GREETINGS:

WHEREAS a complaint has been filed in this court entitled: **05-10507 NG**

United States of America
_____
Plaintiff

V.

SS Nobska, etc., in rem
_____
Defendant

on the 17th day of March, 2005, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is subject of this action; YOU ARE THEREFORE COMMANDED to attach the said xxxxxxxxxxxxxxxxx xxxx or the vessel SS Nobska, her engines, boilers, tackle, etc. now located at Boston, MA in this District and to detain the same in your custody until further order of the Court respecting same.

Dated this 17th day of March, 2005.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

NOTE: The claimant of the property seized shall file his claim within 10 days after the Warrant has been executed, and shall serve his answer within 20 days after filing of the claim.

(Warrant In Rem.wpd - 2/2000)                                                            [warradmr.]