UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05 10507 NG |
| | ) | |
| v. | ) | |
| | ) | |
| SS NOBSKA its engines, boilers, lockers, cables, chains, tackle, fittings and spare parts, apparel, outfit, tools and other equipment, and all other appurtenances, etc., *in rem*, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Claimant, New England Steamship Foundation.

Respectfully submitted,

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC
Attorneys for Owners of the SS NOBSKA

By: _____
Joseph P. Quinn (BBO 652637)
Little Medeiros Kinder
Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax. (401) 521-3555

Dated: __1/21/05__

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __24th__ day of March, 2005, a copy of the foregoing was forwarded regular mail, postage prepaid to the following:

TO:  Anita Johnson, Esq.
Assistant United States Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Michael A. DiLauro, Esq.
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271

*Wendy R Novak*

F:\MMR\SS Nobska\Not of Appear.doc