UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>)<br>)<br>-against- )<br>)<br>SS NOBSKA its engines, boilers, )<br>lockers, cables, chains, tackle, fittings )<br>and spare parts, apparel, outfit, tools )<br>and other equipment, and all other )<br>appurtenances, etc., *in rem*, )<br>Defendant. )<br>_____ ) | Civil Action No. 05 10507 NG<br><br>**VERIFIED CLAIM OF OWNER (PURSUANT TO FRCP SUPPLEMENTAL ADMIRALTY RULE C(6) AND E(8))** |

CLAIMANT, THE NEW ENGLAND STEAMSHIP FOUNDATION, by way of restricted appearance pursuant to FRCP Supplemental Admiralty Rule E(8), intervenes for itself as the ownership interest of the SS NOBSKA, and makes claim to the SS NOBSKA, her tackle, engines, etc., as the same have been threatened to be arrested by Plaintiffs herein. Claimant avers that it was at the time of the filing of the complaint herein, and still is, the true and bona fide sole owner of the SS NOBSKA and that no other person is the owner thereof.

Wherefore Claimant prays to defend accordingly.

LITTLE MEDEIROS KINDER
BULMAN & WHITNEY PC
Attorneys for Owners of the SS NOBSKA

By: _____
Joseph P. Quinn (BBO 652637)
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax. (401) 521-3555

Dated: _____

F:\MMR\SS Nobska\Claim_of_Owner Final.doc

## ATTORNEY VERIFICATION

STATE OF RHODE ISLAND        )
                             )ss.:
COUNTY OF PROVIDENCE         )

JOSEPH P. QUINN, being duly sworn, deposes and says:

1. I am the attorney for the claimant NEW ENGLAND STEAMSHIP FOUNDATION in the instant action.

2. I have read the foregoing Verified Claim of Owner and the same is true as to my knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

3. The grounds of my belief as to all matters herein stated are derived from conversations with claimant and from correspondence received from said claimant concerning the matter set forth.

_____
Joseph P. Quinn

Sworn to before me this
24th day of March, 2005

_____
Notary Public

F:\MMR\SS Nobska\CLaim_of_Owner Final.doc                    3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __27th__ day of March, 2005, a copy of the foregoing was forwarded regular mail, postage prepaid to the following:

TO:  Anita Johnson, Esq.
Assistant United States Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Michael A. DiLauro, Esq.
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271

_Wendy R. Novak_