**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

U.S. Department of Justice
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 — 10507-NG |
| DEFENDANT | TYPE OF PROCESS |
| SS NOBSKA | Homnachte-Arrest / Wan |

**SERVE** ➤ NAME OF INDIVIDUAL., COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SS NOBSKA (Owner)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** CHARLESTOWN NAVY YARD – DRY DOCK #1

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael A. DiLauro, Esq.
U.S. Dept. of Justice
Torts Branch, Civil Division
P. O. Box 14271
Washington, DC  20044-4271

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold                                                                                              Fold

VESSEL OWNER: Warren Hartwell, Chairman, The New England Steamship Foundation
c/o WRH Industries, Ltd., 957 Airport Rd., Fall River, MA
Tel. No. (508) 674-2444

SUBSTITUTE CUSTODIAN: David Brouillette, Deputy Superintendent, Boston
Nat'l Historical Park, Boston, MA  Tel. No. (617) 242-5646

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (202) 616-4019 | DATE 3/17/05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 16 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/18/05 |
|---|---|---|---|---|---|
| | 1 | | | Nancy Jalaveso | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Warren Hartwell | |
| Address *(complete only if different than shown above)* | Date of Service 4/04/05   Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 1.46 | — | 91.46 | | | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF<br>USA | COURT CASE NUMBER<br>CV-05-10507-NG |
|---|---|
| DEFENDANT<br>SS NOBSKA, IN REM | TYPE OF PROCESS<br>SEIZURE — Vessel |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | SS NOBSKA |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Charlestown Navy Yard, Dry Dock #1, Charlestown, MA |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| | Number of process to be served with this Form - 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                         Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>*Nancy Talanera* | Date<br>3/18/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>4/01/05 | Time<br>1:00 am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>45.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges<br>45.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
*Posted. Served*

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

**IN REM WARRANT OF ARREST**

CIVIL ACTION
NO. _____    2005 MAR 17 P 12: 31

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

DISTRICT OF MASS.

To the Marshal of the District of Massachusetts or his deputies:

GREETINGS:

WHEREAS a complaint has been filed in this court entitled: **05 10507 NG**

United States of America
_____
Plaintiff

V.

SS Nobska, etc., in rem
_____
Defendant

on the 17th day of March, 2005, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is subject of this action; YOU ARE THEREFORE COMMANDED to attach the said xxxxxxxxxxxxxxxx xxxor the vessel SS Nobska, her engines, boilers, tackle, etc. now located at Boston, MA in this District and to detain the same in your custody until further order of the Court respecting same.

Dated this 17th day of March, 2005.



TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

The claimant of the property seized shall file his claim within 10 days after the Warrant has been executed, and shall serve his answer within 20 days after filing of the claim.