UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-CV-10507 NG |
| ) | |
| v. ) | |
| ) | |
| SS NOBSKA its engines, boilers, ) | |
| lockers, cables, chains, tackle, fittings ) | |
| and spare parts, apparel, outfit, tools ) | |
| and other equipment, and all other ) | |
| appurtenances, etc., in rem, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## APPLICATION FOR ENTRY OF DEFAULT

CLERK OF THE COURT, UNITED STATES DISTRICT COURT,

DISTRICT OF MASSACHUSETTS:

    PLEASE TAKE NOTICE that, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff, United States of America, hereby requests entry of default by the Clerk of the Court in favor of the United States of America against all persons or entities with claims of maritime liens or other non-possessory or non-ownership interests against the SS NOBSKA, if any there be, who have failed to intervene in this action.

Dated: May 20th, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

ANITA JOHNSON
Assistant U.S. Attorney

_____
MICHAEL A. DILAURO, Trial Attorney
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271
Tel. (202) 616-4019
Fax (202) 616-4159
Counsel for the United States

OF COUNSEL:

Anthony R. Conte, Esq.
Regional Solicitor
U.S. Department of the Interior
Office of the Solicitor
One Gateway Center, Suite 612
Newton, MA 02458-2802

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2005, a copy of the foregoing was forward via FedEx to the following:

> Joseph P. Quinn, Esq.
> Little Medeiros Kinder Bulman & Whitney PC
> 72 Pine St.
> Providence, RI 02903
> Tel. (401) 272-8080

> _/s/ Michael A. DiLauro_
> MICHAEL A. DILAURO, Trial Attorney