UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-CV-10507 NG |
| | ) | |
| v. | ) | |
| | ) | |
| SS NOBSKA its engines, boilers, lockers, cables, chains, tackle, fittings and spare parts, apparel, outfit, tools and other equipment, and all other appurtenances, etc., in rem, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF MICHAEL A. DILAURO IN SUPPORT OF APPLICATION FOR RULE 55(a) ENTRY OF DEFAULT**

I, Michael A. DiLauro, hereby declare as follows:

1. I am a trial attorney of the Torts Branch, Civil Division, U.S. Department of Justice, and one of the attorneys for plaintiff United States of America in this matter. I either have personal knowledge of the matters hereinafter stated, or upon information officially furnished to me, believe the same to be true and correct.

2. With respect to entry of default against any and all persons or entities with claims of maritime liens or other non-possessory or non-ownership interests

against the SS NOBSKA, if any there be, the following are the facts relevant to entry of default by the Clerk of the Court:

a. The United States brought this action on or about March 17, 2005. *See* Clerk's file, Doc. No. 1. Subsequently, the Court issued its "Order for Issuance of Warrant Of Seizure." *See* Clerk's file, Doc. No. 6. The Court also issued its In Rem Warrant of Arrest. *See* Clerk's file, Doc. No. 8.

b. On or about April 1, 2005, the United States Marshal for this district arrested the Vessel pursuant to the aforesaid Order. *See* Clerk's file, Doc. No. 12.

c. In accordance with Supplemental Admiralty Rule C(4) of the Federal Rules of Civil Procedure, a "Notice of Arrest of Vessel" was duly published in the Boston Herald on April 15, 17, and 18, 2005, and in The Boston Globe on April 16, 17 and 18, 2005. *See* Ex. A. Said notices, as well as the Warrant of Arrest, required that any person having a claim against the vessel file a claim with the Court not later than ten (10) days after publication of the Notice.

d. In addition to the foregoing published "Notice of Arrest of Vessel," the United States provided actual copies of the Complaint, Order for Arrest, Warrant of Arrest, Notice of Arrest, and other documents to any and all persons and/or their counsel who, to the United States' knowledge, potentially had

claims of maritime liens or other non-possessory or non-ownership interests in the SS NOBSKA, to wit: Warren Hartwell, Chairman of The New England Steamship Foundation, c/o WRH Industries, Ltd., 957 Airport Road, Fall River, Massachusetts 02720.

e. The deadlines for filing the foregoing verified statement of right or interest has expired and no person or entity has filed the said required documents nor intervened in this action.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 20TH day of MAY, 2005.

Michael A. DiLauro

Michael A. DiLauro

# Exhibit A

# United States Department of the Interior

NATIONAL PARK SERVICE
Boston National Historical Park
Charlestown Navy Yard
Boston, MA 02129-4543

IN REPLY REFER TO:

April 27, 2005

Mr. Michael DiLauro
U.S. Department of Justice
P.O. Box 14271
1425 New York Ave.
Washington, DC 20044-4271

Dear Mr. DiLauro:

Enclosed you will find copies of the advertisement of the Notice of Arrest of Vessel for the NOBSKA in the *Boston Globe* and *Boston Herald*. If you should have any questions, please call David Brouillette at 617-242-5646.

Mary A. McCormack
Management Support Specialist

Enclosure

**At New Seabury Cape Cod** Ocean views from beaut. townhse condo in Maushop Village. Steps to pvt. beach on Nantucket Sound. Walk to Popponesset Marketplace. All amenities, w/linens. 2BR, 1BA, avail June - Oct. Call for Details. 781-334-3318.

**BREWSTER:** Summer rental house with private beach. May 21-June 11. $1,000/week. 508-255-3615 or 508-255-3615.

**EQUAL HOUSING OPPORTUNITY**

Publisher's Notice

All real estate advertised in this publication is subject to the Federal Fair Housing Act of 1968, the Massachusetts Anti Discrimination Act and the Boston & Cambridge Fair Housing Ordinances which make it illegal to advertise any preference, limitation, or discrimination based on race, color, religion, sex, handicap, familial status, national origin, ancestry, age, children, marital status, sexual orientation, veterans status or source of income or any intention to make any such preference, limitation or discrimination.

This newspaper will not knowingly accept any advertising for real estate which is in violation of the law. Our readers are hereby informed that all dwellings advertised are available on an equal opportunity basis. To complain of discrimination call HUD toll free at 1-800-669-9777. The HUD TTY number for the hearing impaired is 1-800-927-9275 or 617-565-5453.

**CAPE COD WELLFLEET** Home for Rent. Right on the Atlantic. Atop a Sand Dune. Very Private Loc. 2 Bedroom, 2 Bath, Fully Furnished w/hot tub and wrap around deck. Satellite TV and Internet. Separate 1 Bdrm Cottage w/ Kit&Bth. **$7,000/Week Call: 212-581-6500**

**Cape Cod, West Dennis:** Clean/modern 2 br home. 3-season rm & lg deck. 1/2m to beaches. Priv yard in safest neighborhd. $895/wk. 978-667-8129.

**CAPTIVA, FL**-- Rent 3-5 BR, bchfront, pool, homes. Avl. weekly. American Realty. 800-547-0127. captiva-island.com

**DEER PARK Loon Mtn, NH** spac TH 2br, 21/2 ba wk/ wknds, 508-229-0244

**DISNEY WORLD / EPCOT** Luxury Villa, 1, 2, 3, 4 & 5 BR'S, full kitchen, & pool. Daily Rentals 800-892-8843

**FL/DISNEY**-Priv homes for rent

**MAINE**-Quality salt & fresh water cottages, 200 choices, 2-6 bedrooms: www.vacationcottages.com or call 207-374-3500

**Hampton Beach, NH** 2.5 BR cttge $300/wk May/June; $500/wk July/Aug 603-867-4112

**Hampton Beach, NH** rooms for rent A/C cable close to bch rstmt & salon 603-926-2260

**Lake Sunapee, NH:** Waterfront, 3 BR, 2.5 BA, Sunny exposure, views of Mt/Lake. Lawn, boat slip. Monthly or bi-weekly. www.vrbo.com/50732 or Randy@mtnspirit.org. Call 603-763-2668

quite & private, 1st class! 603-483-4806

**MAINE** -- Lakefront on Mt Sebago/others. Boats, Jet Ski, $1,000 - $1400/wk. 603-770-9798

**MAINE** --New 4 BR Lakeside Cottage in wooded area on secluded pond, slps 8, wrp-rnd prch, 2 mi fr. Blue Hill Village, avl June-sept. $1100/wk. 207-374-5335

**MAINE, TENANTS HRBR** -- 3/4 BR, hsekeeping cottages, all dacils., w/fp & skiff, $7 50 & $850/wk 401-437-1293

**Marblehead:** Stunning views in this 2 BR ocean front condo. No pets or smoking. $1700 wk., $4000 mo. 781-631-3277

**MARTHA'S VINEYARD** -- New 4 Bdrm, 3 bath home near Menemsha Beach and Sunsets, 508-645-2544

**Martha's Vineyard:** Oak Bluffs. Contemporary Cape. Sleeps 6. 1.5BA. Completely refurbished. $1400/wk. for June & Sept. $1800 for July & Aug. 781-659-4815

**ME** -- Sebago Lake area, 3 Cottages avail, picturesque + secluded on Lake w/beach. Mountain view, perfect getaway, great fishing. 770-338-4250

**N.H. LAKE HOUSE:** Sandy beach, dock, Jacuzzi, fish, amenities. Sleeps 1-12. Negotiable 978-263-0616

**NH LAKE OSSIPEE** Charming 2 1/2 rm lakefront cottage on the water, slps 6, yard, friendly pets ok. $500/wk. 617-492-6029

**ONSET:** beach cottage, sleeps 5-6. $450/3days. 617-445-7494, kellysbythesea.com

**OSSIPEE LAKE, N.H.** waterfront 2br cott. By wk June-Sept 603-[illegible]

**PORTSMOUTH, RI** -- Commonfence Pt. summer escape! 2BR Bungalow, mins. fr. beach/shops. No smkg. $1500/mo. 917-375-9394

**SALISBURY BEACH:** 2BR/3BR/4BR cottages & condos. Many choices. Tom Saab Assoc 978-683-6699

**SQUAM LAKES, NH**- Lakefront cabin: 2BR, 2BA loft, slps 8, sunrm, deck. Avl May 23-Oct 23. $1200-$1600/wk. www.squamlakesresort.com/cabin.html 603-968-7227

**TAMPA-ST PETE**--Area. Furn Wtrft 1 & 2BR cottgs., decks, gated complx, walk to bch, docks, pets ok, from $550 & up/wk 727-397-7706

**WINNIPESAUKEE-LAKES REGION, NH**

Vacation homes available From $700/wk Brochure and Availability Now Online: www.PreferredRentals.com

Preferred Vacation Rentals **877-525-3764**

**538 Office Space**

**ACTON:** Nicely furnished professional office to sublet. Two or three available. Excellent building & location. Reasonable rates and terms. 978-263-7899 x211.

**Bellingham South:** Rte. 126. 1000 sf. retail/office space. High traffic area. 508-883-4777

**BRAINTREE** -- 285 Washington St. 1/4 mi from Rte 3/128, offices for rent, plenty of prkg. 200-2000sf. Owner (781) 228-2117

Boston Herald Classifieds. Call today 617-423-4545.

each 2500+ SF can be subdivided into 2 spaces. 2nd fl. Hyde Park Ave. in the Cleary Sq. Call Jack or Ron- **J. Walsh Real Estate, Inc. 617-364-7100**

**MARBLEHEAD:** CHOICE business location in Old Town. Sunny, friendly space $1800. The most "thriving" 2 blocks of Washington St. near ocean. 1-978-335-2559

**VOICE YOUR OPINION!** Each week the Herald invites readers to answer a question posed by our Sports editors. Several are published and one lucky fan will win tickets to a local sporting event!

Turn to the Boston Herald's racing pages for results, schedules and handicapper Ed Gray's picks.

**FISHING FANS** depend on Ted Ancher's Bass Bets each week in the Herald.

Before hitting the links, take a look at Tee Time in the Sunday Herald. Each week Joe Gordon provides readers with the definitive source for golf news in New England.

**LOOKING TO DINE OUT?** Don't miss what the Herald's Mat Schaffer has to say about the local dining scene before heading out!

**GET THE SCOOP!** From the boardrooms to the barrooms to the locker rooms, the Inside Track in the Herald's got the scoop on what's really going on!

**Medfiled, MA:** Individual office available immediately in shared office space. Location in Professional office building. Call 508-242-9590, x100 for details.

**MEDFORD**-2 room recept area plus 2 private offices & 1 BA. Convenient to Mall & trans. Ht & elect inc. 1st month & security deposit. $1000/mo 617-775-7497

**MILFORD:** 750 SF downtown, office/retail, 1st flr. $400/mo. Afonso Real Estate 508-478-7286

**Milford:** office space, approx 750 to 2500 sq ft, utils included, $1000-$2600/mo, please call 508-963-3700

**NEWTON 4 CORNERS**

Retail/office. Lower level, 1500 sq. ft. $1500 mth. Call Sandi- 617-610-8880

**SOMERVILLE** -- Davis Sq. 3 spaces. Sunny 1500 SF w/K&B: $2800; 2000 SF lower space $2200; 400 SF lower space $550. 617-593-8533

**Watertown:** New Mod Large Studio space in the heart of Watertown available during daytime hrs. 339-222-2410

**541 Mortgages**

**ATTENTION HOMEOWNERS**

Pay Off Those High Credit Card Bills Now! Call Evergreen Mortgage Bankruptcys Foreclosures Accepted!! Self Employed, No Income Verification OK

**5.9%**

**CALL JOEL @ 800-693-2101** eloan@attglobal.net

APR 6.29, APR calculated on a L/A of $100,000 loan amount & $3,000 closing cost. Rates subject to change w/o notice Lic# MB2058

**602 Financing**

**ATTENTION READERS**

Please be advised that some of the ads in this category may require a fee for services or processing. Always investigate a business fully before sending money for goods or services.

You are hereby ORDERED to appear in this court, at the court address set forth above, on 05/16/05, at 9:00 a.m., for a PRE-TRIAL CONFERENCE.

You may bring an attorney with you. If you have a right to an attorney and if the court determines that you are indigent, the court will appoint an attorney to represent you.

If you fail to appear, the court may proceed with a trial on the merits of the petition and an adjudication of this matter.

For further information call the Office of the Clerk-Magistrate at 781-329-1500.

Witness: MARY M. McCALLUM, First Justice. STEPHEN MARTIN, Asst. Clerk-Magistrate. DATE ISSUED: 02/17/05.

4/3, 4/10, 4/17. #535407

You are hereby ORDERED to appear in this court, at the court address set forth above, on 05/16/05, at 9:00 a.m., for a PRE-TRIAL CONFERENCE.

You may bring an attorney with you. If you have a right to an attorney and if the court determines that you are indigent, the court will appoint an attorney to represent you.

If you fail to appear, the court may proceed with a trial on the merits of the petition and an adjudication of this matter.

For further information call the Office of the Clerk-Magistrate at 617-494-4100.

Witness: GAIL GARINGER, First Justice. EDWARD COTTER, Asst. Clerk-Magistrate. DATE ISSUED: 3/18/05.

4/17, 4/24, 5/1. #535877

**450 Legal Notice**

**CARE AND PROTECTION TERMINATION OF PARENTAL RIGHTS SUMMONS BY PUBLICATION**

**Docket Number: CP-05D0023**

**COMMONWEALTH OF MASSACHUSETTS**

**Juvenile Court Department Dedham Division 55 Allied Drive Dedham, MA 02026**

TO: **Jamal Jones** or any unknown or unnamed father.

A petition has been presented to this court by Department of Social Services, seeking, as to the subject child(ren), **Chozin Jesse JOHNSON**, that said child be found in need of care and protection and committed to the Department of Social Services. The court may dispense the rights of the person named herein to receive notice of or to consent to any legal proceeding affecting the adoption, custody, or guardianship or any other disposition of the child(ren) named herein, if it finds that the child(ren) is/are in need of care and protection and that the best interests of the child(ren) would be served by said disposition.

You are hereby ORDERED to appear in this court, at the court address set forth above, on 05/12/05, 9:00 a.m., for a PRE-TRIAL CONFERENCE.

You may bring an attorney with you. If you have a right to an attorney and if the court determines that you are indigent, the court will appoint an attorney to represent you.

If you fail to appear, the court may proceed with a trial on the merits of the petition and an adjudication of this matter.

For further information call the Office of the Clerk-Magistrate at 781-329-1500.

Witness: MARY M. McCALLUM, First Justice. JANE McDONOUGH, Clerk Magistrate. DATE ISSUED: 03/17/05.

4/10, 4/17, 4/24. #535686

**450 Legal Notice**

**CARE AND PROTECTION TERMINATION OF PARENTAL RIGHTS SUMMONS BY PUBLICATION**

**Docket Number: CP-04D0113**

**COMMONWEALTH OF MASSACHUSETTS**

**Juvenile Court Department Dedham Division 55 Allied Drive Dedham, MA 02026**

TO: Unknown and unnamed father

A petition has been presented to this court by Department of Social Services, seeking, as to the subject child(ren), **Caitlin GIAMMALVO**, that said child(ren) be found in need of care and protection and committed to the Department of Social Services. The court may dispense the rights of the person named herein to receive notice of or to consent to any legal proceeding affecting the adoption, custody, or guardianship or any other disposition of the child(ren) named herein, if it finds that the child(ren) is/are in need of care and protection and that the best interests of the child(ren) would be served by said disposition.

You are hereby ORDERED to appear in this court, at the court address set forth above, on 05/16/05, at 9:00 a.m., for a PRE-TRIAL CONFERENCE.

You may bring an attorney with you. If you have a right to an attorney and if the court determines that you are indigent, the court will appoint an attorney to represent you.

If you fail to appear, the court may proceed with a trial on the merits of the petition and an adjudication of this matter.

For further information call the Office of the Clerk-Magistrate at 781-329-1500.

Witness: MARY M. McCALLUM, First Justice. JANE P. McDONOUGH, Clerk-Magistrate. DATE ISSUED: 03/30/05.

4/10, 4/17, 4/24. #535589

**400 Legal Notice**

**NOTICE OF ARREST OF VESSEL**

In obedience to a Warrant of Seizure directed to me in the captioned proceeding, I have on the 01 day of April, 2005, seized and taken into my possession the following defendant, the SS NOBSKA, (hereinafter collectively referred to as the "Vessel") for the causes set forth in the Verified Complaint in rem, to wit: for foreclosure of maritime liens, now pending in the United States District Court for this District. The vessel is located in Dry Dock No. 1, Charlestown Navy Yard Unit of the Boston National Historical Park, Boston, Massachusetts. The amount demanded is $214,813.67, attorneys' fees, plus costs.

I HEREBY GIVE NOTICE that, pursuant to Rule C(6)(b) of the Federal Rules of Civil Procedure, claims of persons entitled to possession of the Vessel, and application for intervention by persons claiming maritime liens or other interests in the Vessel must be filed with the Clerk of Court and a copy thereof served upon attorneys for plaintiff United States of American within ten (10) days after publication of this Notice in The Boston Globe and/or the Boston Herald; answers to the complaint, whether by such claimants to possession or by those claiming any other interest in the property, must be served and filed within twenty (20) days after date of publication of this Notice in the Boston Globe and/or the Boston Herald; that as to any person not so serving and filing his claim and answer, default will be noted and condemnation ordered; and that application for intervention under Rule 24 of the Federal Rules of Civil Procedure by person claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession

UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS

Apr 16, 17, 18

**400 Legal Notice**

**PUBLIC NOTICE**

The Joint Commission on Accreditation of Healthcare Organizations will conduct an accreditation survey of the **North End Rehabilitation and Nursing Center on Friday, May 20, 2005.**

The purpose of the survey will be to evaluate the organization's compliance with nationally established Joint Commission standards. The survey results will be used to determine whether, and the conditions under which, accreditation should be awarded to the organization.

Joint Commission standards deal with organizational quality of care issues and the safety of the environment in which care is provided. Anyone believing that he or she has pertinent and valid information about such matters may request a public information interview with the Joint Commission's field representatives at the time of survey. Information presented at the interview will be carefully evaluated for relevance to the accreditation process. Requests for a public information interview must be made in writing and should be sent to the Joint Commission no later than five working days before the survey begins. The requests must also indicate the nature of the information to be provided at the interview. Such requests should be addressed to

**Division of Accreditation Operations Office of Quality Monitoring Joint Commission on Accreditation of Healthcare Organizations One Renaissance Boulevard Oakbrook Terrace, IL 60181 or Faxed to 630-792-5636 or E-mailed to complaint@jcaho.org**

The Joint Commission will acknowledge such request in writing or by telephone and will inform the organization of the request for any interview. The organization will, in turn, notify the interviewee of the date, time, and place of the meeting.

This notice is posted in accordance with the Joint Commission's requirements and may not be removed before the survey is completed.

Apr 17

**CALL (617) 423-4545.** Place your ad in the Boston Herald Classified section today!

**CALL (617) 423-4545.** Place your ad in the Boston Herald Classified section today!

4/17/05 Boston Sunday Herald

* Public Alley 710, on the southeasterly side, from East Newton Street approximately 85 feet northeasterly [illegible] from East Brookline Street, approximately 128 feet southwesterly

At the petitioners request at 10:00 a.m., in Room 801, Boston City Hall on April 28, 2005, as the time and place for the Public Hearing.

**Joseph F. Casazza, Chairman**
**Michael Galvin**
**Gary Moccia**
**Thomas Tinlin**
**Public Improvement Commission**

A true copy of an order passed by said Commission on said day. Attest: Michelle L. O'Neill, Executive Secretary.

Apr 16, 19

**400 Legal Notice** **400 Legal Notice**

## NOTICE OF ARREST OF VESSEL

In obedience to a Warrant of Seizure directed to me in the captioned proceeding, I have on the 01 day of April, 2005, seized and taken into my possession the following defendant: the SS NOBSKA, (hereinafter collectively referred to as the "Vessel") for the causes set forth in the Verified Complaint in rem, to wit: for foreclosure of maritime liens now pending in the United States District Court for this District. The vessel is located in Dry Dock No. 1, Charlestown Navy Yard Unit of the Boston National Historical Park, Boston, Massachusetts. The amount demanded is $214,813.67, attorneys' fees, plus costs.

I HEREBY GIVE NOTICE that, pursuant to Rule C(6)(b) of the Federal Rules of Civil Procedure, claims of persons entitled to possession of the Vessel, and application for intervention by persons claiming maritime liens or other interests in the Vessel must be filed with the Clerk of Court and a copy thereof served upon attorneys for plaintiff United States of American within ten (10) days after publication of this Notice in The Boston Globe and/or the Boston Herald; answers to the complaint, whether by such claimants to possession or by those claiming any other interest in the property, must be served and filed within twenty (20) days after date of publication of this Notice in the Boston Globe and/or the Boston Herald; that as to any person not so serving and filing his claim and answer, default will be noted and condemnation ordered; and that application for intervention under Rule 24 of the Federal Rules of Civil Procedure by person claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession

UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS

Apr 16, 17, 18

# INVITATION TO BID

The Massachusetts Water Resources Authority is seeking bids for the following:

| BID NO. | DESCRIPTION | DATE | TIME |
|---|---|---|---|
| S411 | Purchase and (1st Stage) Supply of | 5/02/05 | 11:00 a.m. |
| | Electric Power (2nd Stage) to Deer Island | 5/12/05 | 10:30 a.m. |
| WRA-2456 | Two (2) 8" and Six (6) 6" Fabri Knife Valve or Equal | 5/06/05 | 11:00 a.m. |
| WRA-2460 | Heat Exchange Replacements/ Refurbishments | 5/06/05 | 2:00 p.m. |

Sealed bids will be received at the offices of the Massachusetts Water Resources Authority, Charlestown Navy Yard, Document Distribution Office, 100 First avenue, First Floor, Boston, Massachusetts 02129, up to the time and date listed above at which time they will be publicly opened and read.

## MASSACHUSETTS WATER RESOURCES AUTHORITY ADVERTISEMENT FOR BIDS

The Massachusetts Water Resources Authority ("Authority") will receive sealed bids for **Ambulance Response Services, MWRA Contract No. S412,** at the office of the Authority at Charlestown Navy Yard, 100 First Avenue, Boston, MA 02129, 1st Floor, Procurement Department, Document Distribution Office, until **2:00 p.m., Tuesday, May 10, 2005,** immediately after which the bids will be opened and read publicly.

The service include **twenty-four hour Advanced Life Support ambulance services for Winthrop/Deer Island.**

Contract Documents will be available on or after **April 19, 2005.** Bidders may obtain two sets of documents at the above address. Documents may also be examined at F.W. Dodge, 24 Hartwell Avenue, Lexington, MA 02173.

Bids must be accompanied by bid security in the amount of **five percent (5%) of the first year's Annual Services Fee.**

**Kevin P. Feeley, Director of Procurement**
**Date: April 16, 2005**

advertised in February 2005. The Authority has decided to rotate award of this service, so that the current auditor is not eligible for the award of this engagement.

Interested firms may obtain the complete Request for Qualification Statements/Proposals from the Authority's Procurement Department Distribution Center, First Floor, Charlestown Navy Yard, 100 First Avenue, Boston, MA 02129, telephone (617) 788-2575 on or after April 22, 2005. Qualification Statements/Proposals will be received at the Authority's Procurement Department Document Distribution Center until 11:00 a.m., Friday, May 20, 2005.

**Kevin P. Feeley, Director of Procurement**
**Date: April 16, 2005**

**400 Legal Notice** **400 Legal Notice**

## In Public Improvement Commission of the City of Boston

April 14, 2004

ORDERED: That due notice be given that this Commission is of the opinion that in said City of Boston the following public improvement will be considered at the request of the petitioners: **The Massachusetts Department of Capital Asset Management, The Commonwealth of Massachusetts Department of Corrections, The Commonwealth of Massachusetts Department of Conservation and Recreation and The Commonwealth of Massachusetts Department of Youth Services**

For the layout, established grade and construction of Canterbury Lane, West Roxbury, from Morton Street to Canterbury Street.

And also for the widening and relocation of Canterbury Street, from a point approximately 1,500 feet northeast of Walk Hill Street, approximately 1,650 feet northeasterly.

And for the discontinuance of an easement in Canterbury Street, approximately 760 feet west of Morton street, approximately 210 feet northwesterly.

At the petitioners request at 10:00 a.m., in Room 801, Boston City Hall on April 28, 2005, as the time and place for the Public Hearing.

**Joseph F. Casazza, Chairman**
**Michael Galvin**
**Gary Moccia**
**Thomas Tinlin**
**Public Improvement Commission**

A true copy of an order passed by said Commission on said day. Attest: Michelle L. O'Neill, Executive Secretary.

Apr 16, 19

**400 Legal Notice** **400 Legal Notice**

## MASSACHUSETTS WATER RESOURCES AUTHORITY ADVERTISEMENT FOR BIDS

The Massachusetts Water Resources Authority ("Authority") will receive sealed bids for **Landscape Maintenance Services,** MWRA Contract No. **OP-32**, at the offices of the Authority, Charlestown Navy Yard, 100 First Avenue, Boston, MA 02129, 1st Floor, Procurement Department, Document Distribution Office, until **3:00 p.m. on Thursday, May 5, 2005,** immediately after which bids will be opened and read publicly.

A site visit will be held on **Thursday, April 21, 2005 at Nut Island Headwork, Sea Street, Quincy.**

The work includes: **landscape maintenance at Nut Island Headworks.**

Contract Documents will be available on or after **Tuesday, April 19, 2005.** Bidders may obtain two sets of documents at the above address. Documents may also be examined at F.W. Dodge, 24 Hartwell Avenue, Lexington, MA 02173.

Bids must be accompanied by bid security in the amount of **five percent of the Contract Price.**

**Kevin P. Feeley, Director of Procurement**
**Date: April 16, 2005**

**405 Legal Notice** **405 Legal Notice**

## LICENSING BOARD FOR THE CITY OF BOSTON

April 14, 2005

As required by law, notice is hereby given that Otherguys Enterprises, Inc., 54 Salem Street, Boston, MA 02113, holder of a C.V. 7-Day Malt and Wine w/Liqueurs License, has petitioned to transfer the licensed business, from the above corporation, to Pussycat Swallow Tail, Corp. d/b/a "Eclano", Caterina DiPrisco, Mgr. (at the same location).

Hearing: Wednesday, May 4, 2005, 10:00 A.M., William F. Arrigal, Jr., Library, Room 809A, New City Hall, Boston. For the Board, By its Secretary, JEAN M. LORIZIO.

Apr 16

dred nine (909) square feet.

Said land is situated in Block 150 in the [illegible] on the Boston Assessors' Plan of said City, filed in the office of the Board of Assessors.

For mortgagor's title see deed recorded with the Suffolk County Registry of Deeds in Book 34047, Page 321.

The premises will be sold subject to any and all unpaid taxes and other municipal assessments and liens, and subject to prior liens or other enforceable encumbrances of record entitled to precedence over this mortgage, and subject to and with the benefit of all easements, restrictions, reservations and conditions of record and subject to all tenancies and/or rights of parties in possession.

Terms of the Sale: Cash, cashier's or certified check in the sum of $5,000.00 as a deposit must be shown at the time and place of the sale in order to qualify as a bidder (the mortgage holder and its designee(s) are exempt from this requirement); high bidder to sign written Memorandum of Sale upon acceptance of bid; balance of purchase price payable in cash or current funds in thirty (30) days from the date of the sale at the offices of mortgagee's attorney, Korde & Associates, P.C., 321 Billerica Road, Suite 210, Chelmsford, MA 01824-4100 c/o Sanjit S. Korde or such other time as may be designated by mortgagee.

Other terms to be announced at the sale.

Deutsche Bank National Trust Company, as Trustee of Argent Securities Inc., Asset Backed Pass-Through Certificates, Series 2004-PW1 under the Pooling and Servicing Agreement dated as of June 1, 2004, Without Recourse present holder of said mortgage, by its attorney,

Sanjit S. Korde
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100
(978) 256-1500

Apr 2, 9, 16

**460 Legal Notice** **460 Legal Notice**

## MORTGAGEE'S SALE OF REAL ESTATE
### Premises: 9 Walton Street Boston (Dorchester), MA

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Coles Voyard and Noriko Voyard and by Coles Voyard, Trustee of C&N Realty Trust (per Land Court Judgment in Civil Action No. 302551, recorded at Suffolk Registry of Deeds in Book 36467, Page 350) to Home Star Mortgage Services, LLC, dated March 28, 2003 and recorded with Suffolk County Registry of Deeds in Book 31034, Page 28, of which mortgage the undersigned is the present holder, for breach of the conditions in said mortgage contained and for the purpose of foreclosing the same will be sold at Public Auction on May 16, 2005 at 10:00 AM, upon the mortgaged premises at 9 Walton Street, Boston (Dorchester), Massachusetts, all and singular the premises described in said mortgage, to wit:

"The land with the buildings thereon situate in the Dorchester District of the City of Boston, Suffolk County, Commonwealth of Massachusetts, being the Lot Marked "E" on a plan made by John H. Rice, dated December 29, 1894 and recorded with Suffolk County Deeds in Book 2290 at Page 83, bounded and described as follows:

NORTHERLY by Walton Street, fifty (50.00) feet;
EASTERLY by Lot D on said plan, one hundred (100.00) feet;
SOUTHERLY by Lot F on said plan, fifty (50.00) feet; and
WESTERLY by other land of Hancock (a/k/a Haddock), one hundred (100.00) feet.

Containing 5,000 square feet of land.

For my title, see deed recorded with the Suffolk County Registry of Deeds at Book 26455, Page 193.

In the event of any typographical errors in the publication of this notice, the description in the mortgage shall control.

Terms of Sale: Said premises will be sold and conveyed subject to all unpaid taxes, tax titles, municipal liens and assessments, if any, which take precedence over the said mortgage above described. Five Thousand ($5,000.00) dollars of the purchase price shall be paid in cash, certified check, bank treasurer's or cashier's check at the time and place of the sale by the purchaser, and the balance of the purchase price shall be paid by certified check, bank treasurer's or cashier's check within thirty (30) days after the date of sale and shall be deposited with J. Patrick Kinhan, Esq., of Topsfield, Massachusetts.

Other terms to be announced at the sale.

JP Morgan Chase Bank, as successor in interest to Bank One, NA, as Trustee of the ACE Securities Corp., Home Equity Loan Trust Series 2003-HS1, Present Holder of said Mortgage, By Assignment of Mortgage, By it's Attorney-In-Fact: J. PATRICK KINHAN, ESQ., 15 Main Street, Topsfield, MA 01983, (978) 887-4055. Dated: April 12, 2005.

Apr 16, 23, 30

2:00 P.M.
**DISTRICT 2:** Tree R
Locations (604192 - Ad
**OPENING OF BIDS**
**P.M.**
**BOSTON:** FAP# BH
Ipswich Street over the
**DISTRICT 5:** Schedul
Locations (60425
**OPENING OF BIDS**
**2:00 P.M.**
**BELCHERTOWN -** W
(B-5-27 = W-05-023)
3/5/05)
**DISTRICTS 2, 3, 4,**
Separate Contracts)
604399 - Adv. 3/26/05)
**PALMER:** FAP# STP-
Work on a Section of
**OPENING OF BIDS** P
**2:00 P.M.**
**MELROSE-WAKEFIE**
on a Section of Main S
**NORTHBRIDGE:** FAP
Route 146 NB Over M
**OPENING OF BIDS**
**2:00 P.M.**
**DISTRICT 2:** Traffic S
Adv. 10/16/04)
**SALEM:** Construction
Official Bidders are or
ule of prevailing wage
Massachusetts Depa
of Occupational Safe
Department of Labor.
Contractors intending
Proposal Forms" (for
the Prequalification &
which form must be
Contracts Engineer
required amount (ref
shall be entitled to
Proposal Pamphlet a
Payment shall be by
drawn to the order
separate payment for
Informational copies
non-refundable, are
Plans and contract do
each District wherein
with Title 49 Code of
Federally-assisted F
Effectuation of Title V
ders that it will affirma
ant to this advertisem
opportunity to submit
criminated against on
sideration for an awar
Massachusetts Highw
regulations of the Arc
Prospective bidders a
more via the Internet
BY: John Ziemb
John Cogliano, Co
**SATURDAY, APR**

**450 Legal Notice**

**CARE AND**
**TERMINATION O**
**SUMMONS B**

**Docket Numb**

**COMMONWEALTH**

**Juvenile Co**
**Lawren**
**10 Rail**
**Lawrenc**

TO: **John Richard C**

A petition has be
court by The Depa
ices, seeking, as to
**Catherine Marie C**
child(ren) be foun
protection and co
ment of Social Se
dispense the right
herein to receive
to any legal pro
adoption, custody,
other disposition
herein, if it finds th
in need of care a
the best interests
be served by said c

You are hereby OR
court, at the co
above, on 05/06/
PRE-TRIAL CONFER

You may bring an
you have a right to
court determines
the court will appo
resent you.

If you fail to appe
ceed with a trial o
tion and an adjudic

For further inform
the Clerk-Magistra

Witness: SALLY F.
JUDITH M. BREN
DATE ISSUED: 03/
4/1

**For convenie**
**of the Bo**
**call (80**

April 15, 2005 BOSTON HERALD

Lot six (6) on a subdivision plan drawn by Charles E. Brewer, surveyor, dated August 19, 1964, as approved by the Court, filed in the Land Registration Office as Plan No. 32341-B, a copy of a portion of which is filed with Certificate of Title No. 73285.

The above described land has the benefit of the right to use Delhi Street for all uses and purposes for which streets or ways are now commonly used in the City of Boston, and this right shall apply not only to that portion of said street shown on a plan of Oak Hill made by John H. Rice, dated Aug. 14, 1894, duly recorded in Book 2232, Page55, but over its entire extension and length to Norfolk street and as may hereafter extended.

For title see deed Certificate #112228.

TERMS OF SALE: Said premises will be sold and conveyed subject to all outstanding municipal or other public taxes, tax titles, assessments, liens or claims in the nature of liens, rights of tenants and parties in possession, and existing encumbrances of record, if any, which take precedence over the said mortgage above described.

FIVE THOUSAND DOLLARS and NO/100 ($5,000.00) must be paid by certified, bank, treasurer's or cashier's check at the time and place of the sale by the purchaser as a deposit. The balance of the purchase price is to be paid in cash, or by certified check, bank cashier's check or bank treasurer's check within 30 days thereafter at the Law Offices of Shapiro & Kreisman, Chiswick Park, 490 Boston Post Road, Sudbury, MA 01776 (978) 443-8800. The description for the premises contained in said mortgage shall control in the event of a typographical error in this publication.

Other terms to be announced at the sale.

Everhome Mortgage Company, PRESENT HOLDER OF SAID MORTGAGE.

Apr 11, 18, 25

**460 Legal Notice** **460 Legal Notice**

## NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Kevin W. Corado to Mortgage Electronic Registration Systems, Inc. dated March 14, 2003 and recorded with the Suffolk County Registry of Deeds at Book 30893, Page 36, of which mortgage Mortgage Electronic Registration Systems, Inc. is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing, the same will be sold at Public Auction at 12:00 p.m. on May 3, 2005, on the mortgaged premises located at 28 Dartmouth Street, Unit No. 4, 28 Dartmouth Street Condominium, Boston, Suffolk County, Massachusetts, all and singular the premises described in said mortgage,

TO WIT:

Unit 4, 28 Dartmouth Street, Boston, Massachusetts, in the 28 Dartmouth Street Condominium, established by Master Deed dated March 5, 1987 and recorded with the Suffolk County Registry of Deeds on March 11, 1987 in Book 13473, Page 327, together with an undivided 9.75 percent interest in the common areas described in the Master Deed, as more completely described in the first Unit Deed conveyed by Declarant at Book 13788, Page 157, and as shown on Unit Plan referred to in said Deed, all as shown on the plans recorded with the Master Deed, as amended.

For mortgagor's title see deed recorded with Suffolk County Registry of Deeds in Book 28569, Page 111.

These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements, covenants, liens or claims in the nature of liens, improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens or existing encumbrances of record which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens or encumbrances is made in the deed.

TERMS OF SALE:

A deposit of Five Thousand ($5,000.00) Dollars by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at Harmon Law Offices, P.C., 150 California Street, Newton, Massachusetts 02458, or by mail to P.O. Box 610389, Newton Highlands, Massachusetts 02461-0389, within thirty (30) days from the date of sale. Deed will be provided to purchaser for recording upon receipt in full of the purchase price. The description of the premises contained in said mortgage shall control in the event of an error in this publication.

Other terms, if any, to be announced at the sale.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Present holder of said mortgage
By its Attorneys,
HARMON LAW OFFICES, P.C.
Neil W. Heiger, Esquire
150 California Street
Newton, MA 02458
(617) 558-0500

Apr 11, 18, 25

Bid proposals shall be clearly marked "Servicing of Fire Extinguishers and Fire Suppression Systems - Various Schools," and filed at the office of the Official designated above no later than twelve o'clock noon, Boston time, Wednesday, May 4, 2005 at which time and place they will be publicly opened and read aloud. Late bids will be accepted.

The attention of all bidders is directed to the provisions of the IFB and contract documents and especially to the requirements for bid deposits, insurance and performance bonds as may be applicable. Bids must be accompanied by a bid deposit in the form of a certified check drawn on, or a treasurers or cashiers check issued by, a responsible bank or trust company, payable to the City of Boston, or a bid bond of a surety company qualified to do business in Massachusetts and satisfactory in form to the Official. The amount of such check and penal sum of such bond shall be a sum equal to five (5) percent of the bid.

A performance bond issued by a surety company qualified to do business in Massachusetts, and in a form satisfactory to the Official, will be required of the successful bidder as security to guarantee the faithful performance of the contract. Simultaneously with the execution of the contract, the successful bidder shall deliver such bond to the Official. The penal sum of such bond shall be in the amount of 100% of the total contract price.

Following its submission, a bid may be corrected, modified or withdrawn only to the extent provided for in M.G.L. c.30B, s.5(f). The submission of a bid shall constitute acceptance by the bidder of all provisions of the IFB and an agreement by the bidder if awarded a contract to perform all specified work according to contract specifications.

The City reserves the right to reject any and all bids, or any part or parts thereof and to award a contract as the Official deems to be in the best interest of the City of Boston and the Boston Public Schools. The Official shall waive minor informalities or allow the bidder to correct them. Any contract shall be subject to the availability of an appropriation therefor throughout the term of the contract. The maximum time for acceptance of a bid and the issuance by the City of a written notification of award shall be thirty (30) days after the date set forth above for the submission of bids. The award of any contract shall be subject to the approval of the Superintendent of Schools and the Mayor of Boston.

Robert R. Roy
Director/Facilities Management

(April 18)

## NOTICE OF ARREST OF VESSEL

In obedience to a Warrant of Seizure directed to me in the captioned proceeding, I have on the 01 day of April, 2005, seized and taken into my possession the following defendant; the SS NOBSKA, (hereinafter collectively referred to as the "Vessel") for the causes set forth in the Verified Complaint in rem, to wit: for foreclosure of maritime liens, now pending in the United States District Court for this District. The vessel is located in Dry Dock No. 1, Charlestown Navy Yard Unit of the Boston National Historical Park, Boston, Massachusetts. The amount demanded is $214,813.67, attorneys' fees, plus costs.

I HEREBY GIVE NOTICE that, pursuant to Rule C(6)(b) of the Federal Rules of Civil Procedure, claims of persons entitled to possession of the Vessel, and application for intervention by persons claiming maritime liens or other interests in the Vessel must be filed with the Clerk of Court and a copy thereof served upon attorneys for plaintiff United States of American within ten (10) days after publication of this Notice in The Boston Globe and/or the Boston Herald; answers to the complaint, whether by such claimants to possession or by those claiming any other interest in the property, must be served and filed within twenty (20) days after date of publication of this Notice in the Boston Globe and/or the Boston Herald; that as to any person not so serving and filing his claim and answer, default will be noted and condemnation ordered; and that application for intervention under Rule 24 of the Federal Rules of Civil Procedure by person claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession

UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS

Apr 16, 17, 18

**Inspecting Gadgets**
Eric Convey's
look at new-to-the-market
personal technology
items Monday's

deposit of $25.00. Plans and specifications must be returned in good condition within thirty days after bid opening in order to have the $25.00 returned.

**SPECIAL NOTICE: RE-PAINTING OF CHARLESTOWN HIGH SCHOOL WILL BE COMPLETED ON OR BEFORE SEPTEMBER 2, 2005**

Bids must be accompanied by a bid deposit in the form of a certified check drawn on, or a treasurer's or cashier's check issued by, a responsible bank or trust company, payable to the City of Boston, or a bid bond of a surety company qualified to do business in Massachusetts and satisfactory in form to the Awarding Authority. The amount of such check and penal sum of such bond shall be a sum equal to five (5) percent of the bid.

GENERAL BIDS shall be submitted to the Awarding Authority, 2nd floor, 26 Court Street, Boston, MA 02108 before twelve o'clock noon (Boston time) on Wednesday, May 4, 2005, at which time and place respective bids will be opened and read aloud. Late bids will not be accepted. General Contractors must file with their bids a copy of a valid Certificate of Eligibility (DCAM Form CQ7) showing that they are eligible to bid on projects in Painting, up to a project amount and up to an aggregate limit, and with a completed and signed update statement, (DCAM Form CQ3), summarizing the contractor's record for the period between the latest DCAM certification and the date the contractor submits its bid.

The attention of all bidders is specifically directed to the equal employment opportunity section of the specifications and the obligation of the contractor and all subcontractors to take affirmative action in connection with employment practices throughout the work. Contractors are hereby notified that the work covered by this contract is governed by M.G.L. c. 149, sections 26 to 27G, and in accordance therewith contractors must pay prevailing wages as established by the Massachusetts Department of Labor and Workforce Development/Division of Occupational Safety.

A performance bond, and also a labor and materials or payment bond, of a surety company qualified to do business under the laws of the Commonwealth and satisfactory in form to the Awarding Authority, and each in the sum of 100 percent of the contract price, will be required of the successful bidder to guarantee the faithful performance of the contract.

The Awarding Authority reserves the right to wave any minor informalities or to reject any and all bids, or any part or parts thereof, and to award a contract as the Awarding Authority deems to be in the best interest of the City of Boston and the Boston Public Schools. The award of any contract shall be subject to the approval of the Superintendent of Schools and the Mayor of Boston.

ROBERT R. ROY
Director/Senior Structural Engineer
Facilities Management

(April 18)

## CITY OF BOSTON

To the Public Safety Commission, Committee on Licenses, Inspectional Services Department.

Boston, March 28, 2005

### APPLICATION

For the lawful use of the herein-described building, application is hereby made for a permit to a private, public, business, garage: 100 automobiles (facility exists with allowed use for parking), and also for a license to use the land on which such building is situated for the KEEPING – STORAGE – of: 2,000 gallons of gasoline. Location of land: Fenway 160-170 Ipswich Street, Ward 04. Owner of land: One Sixty Ipswich Street, Inc. Address: c/o Dennis A. Quilty, Esq., Dennis A. Quilty, P.C., 21 Custom House Street, #300, Boston, MA 02110. Dimensions of land: Ft. front 200 (no change). Ft. deep 100 (no change). Area sq. ft. No change. Number of buildings or structures on land, the use of which requires land to be licensed: One building. Manner of keeping: In the tanks of vehicles. Dennis A. Quilty, 21 Custom House S., #300, Boston, MA 02110.

City of Boston. In Public Safety Commission, April 27, 2005. In the foregoing petition, it is hereby ORDERED, that notice be given by the petitioner to all persons interested that this Committee will on Wednesday the 27th day of April at 9:30 a.m., consider the expediency of granting the prayer of said petition when any person objecting thereto may appear and be heard; said notice to be given by the publication of a copy of said petition and this order of notice thereon in the Boston Herald and by mailing by prepaid registered mail, not less than 7 days prior to such hearing, a copy to every owner of record of each parcel of land abutting on the parcel of land on which the building proposed to be erected for, or maintained as, a garage is to be or is situated. Hearing to be held at 1010 Massachusetts Ave., Boston, MA 02118. GARY MOCCIA, Chairman, PAUL CHRISTIAN. TOM TINLIN, Acting Commissioner. Committee on Licenses. A true copy. Attest: BRIGID KENNY, Secretary.

Apr 4, 11, 18

agement, 26 Court
ton, MA 02108 to
for a deposit of $25
fications must be r
tion within thirty da
order to have the $

**SPECIAL NOTICE:
SON/MANN SCHOO
ON OR BEFORE SEPT**

Bids must be acc
posit in the form of
on, or a treasurer's
sued by, a responsi
pany, payable to th
bid bond of a surety
do business in Mass
tory in form to th
The amount of such
of such bond shall
(5) percent of the bi
GENERAL BIDS shal
Awarding Authority
Street, Boston, MA
o'clock noon (Bost
day, May 4, 2005, a
respective bids wil
aloud. Late bids
General Contractor
bids a copy of a va
bility (DCAM Form
they are eligible
Painting, up to a pro
an aggregate limit,
and signed updat
Form CQ3), summa
record for the peri
DCAM certification
tractor submits its
The attention of
cally directed to t
opportunity section
and the obligation
all subcontractors
tion in connection
tices throughout t
are hereby notified
by this contract is
149, sections 26 t
dance therewith
prevailing wages
Massachusetts Dep
Workforce Develop
cupational Safety.
A performance bon
materials or payme
company qualified t
laws of the Commo
tory in form to the A
each in the sum of 1
tract price, will be r
ful bidder to guara
formance of the con
The Awarding Autho
to wave any minor
ject any and all bid
thereof, and to aw
Awarding Authority
best interest of the
Boston Public Scho
contract shall be s
of the Superintende
Mayor of Boston.

ROBERT R. ROY
Director/Senior Stru
Facilities Managem

**NO**

U.S. Customs and B
No. 2005-0401-00
hereby given of the
to forfeit the follo
$10,000.00 (U.S.
was seized by the U
tion and Custo
Brockton, Massach
2005. The propert
subject to forfeitur
of 19 USC 1595a(
used to facilitate
controlled substan
USC 881 (a)(6) (pr
exchange for a co
monies furnished
nished in exchange
stance or, monies
lation of Subchapt
property was also
forfeiture under the
981 (a)(1)(A), (pr
transaction or atte
violation of 19
981(a)(1)(C), (the p
able to, the procee
USC 545, (smuggli
sions of 19 USC 16
USC 983(a)(2), any
have an ownership
in this property, an
property must file
Border Protection,
623, Boston, MA 0
days from the date
being claimed, stat
est in such propert
oath, subject to per
such claim is filed
period the propert
the United States
posed of in accorda

**For convenien
of the Bos
call (800**

April 18, 2005, BOSTON Herald

Ad Number 4ECT0330
Client:
ID: ss nobska/arrest of vessel
Classification: LEGAL NOTICES
Size: 2x36
Begin Date: 04/16/2005
End Date: 04/18/2005

David /Brouillette/
Boston National Hist
Park
Boston, MA 02129

*For inquiries regarding billing, please call:* **617-929-2681**. *To place an ad:* **617-929-1500**

# The Boston Globe

## CERTIFIED

Below is your advertisement from THE BOSTON GLOBE, beginning 04/16/2005 and ending 04/18/2005, appearing 3 time(s) in the Classification, LEGAL NOTICES.

*Thank you!*
**Boston Globe Advertising**
04/16/05 2:25 PM

Notice of
Arrest of Vessel

In obedience to a Warrant of Seizure directed to me in the captioned proceeding, I have on the 01 day of April, 2005, seized and taken into my possession the following defendant: the SS NOBSKA, (hereinafter collectively referred to as the "Vessel") for the causes set forth in the Verified Complaint in rem, to wit: for foreclosure of maritime liens, now pending in the United States District Court for this District. The vessel is located in Dry Dock No. 1, Charlestown Navy Yard Unit of the Boston National Historical Park, Boston, Massachusetts. The amount demanded is $214,813.67, attorneys' fees, plus costs.

**I HEREBY GIVE NOTICE** that, pursuant to Rule C(6)(b) of the Federal Rules of Civil Procedure, claims of persons entitled to possession of the Vessel, and application for intervention by persons claiming maritime liens or other interests in the Vessel must be filed with the Clerk of Court and a copy thereof served upon attorneys for plaintiff United States of American within ten (10) days after publication of this Notice in The Boston Globe and/or the Boston Herald; answers to the complaint, whether by such claimants to possession or by those claiming any other interest in the property, must be served and filed within twenty (20) days after date of publication of this Notice in the Boston Globe and/or the Boston Herald; that as to any person not so serving and filing his claim and answer, default will be noted and condemnation ordered; and that application for intervention under Rule 24 of the Federal Rules of Civil Procedure by person claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession

UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS

Notice of
Arrest of Vessel

In obedience to a Warrant of Seizure directed to me in the captioned proceeding, I have on the 01 day of April, 2005, seized and taken into my possession the following defendant: the SS NOBSKA, (hereinafter collectively referred to as the "Vessel") for the causes set forth in the Verified Complaint in rem, to wit: for foreclosure of maritime liens, now pending in the United States District Court for this District. The vessel is located in Dry Dock No. 1, Charlestown Navy Yard Unit of the Boston National Historical Park, Boston, Massachusetts. The amount demanded is $214,813.67, attorneys' fees, plus costs.

**I HEREBY GIVE NOTICE** that, pursuant to Rule C(6)(b) of the Federal Rules of Civil Procedure, claims of persons entitled to possession of the Vessel, and application for intervention by persons claiming maritime liens or other interests in the Vessel must be filed with the Clerk of Court and a copy thereof served upon attorneys for plaintiff United States of American within ten (10) days after publication of this Notice in The Boston Globe and/or the Boston Herald; answers to the complaint, whether by such claimants to possession or by those claiming any other interest in the property, must be served and filed within twenty (20) days after date of publication of this Notice in the Boston Globe and/or the Boston Herald; that as to any person not so serving and filing his claim and answer, default will be noted and condemnation ordered; and that application for intervention under Rule 24 of the Federal Rules of Civil Procedure by person claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession

UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS

Notice of
Arrest of Vessel

In obedience to a Warrant of Seizure directed to me in the captioned proceeding, I have on the 01 day of April, 2005, seized and taken into my possession the following defendant: the SS NOBSKA, (hereinafter collectively referred to as the "Vessel") for the causes set forth in the Verified Complaint in rem, to wit: for foreclosure of maritime liens, now pending in the United States District Court for this District. The vessel is located in Dry Dock No. 1, Charlestown Navy Yard Unit of the Boston National Historical Park, Boston, Massachusetts. The amount demanded is $214,813.67, attorneys' fees, plus costs.

**I HEREBY GIVE NOTICE** that, pursuant to Rule C(6)(b) of the Federal Rules of Civil Procedure, claims of persons entitled to possession of the Vessel, and application for intervention by persons claiming maritime liens or other interests in the Vessel must be filed with the Clerk of Court and a copy thereof served upon attorneys for plaintiff United States of American within ten (10) days after publication of this Notice in The Boston Globe and/or the Boston Herald; answers to the complaint, whether by such claimants to possession or by those claiming any other interest in the property, must be served and filed within twenty (20) days after date of publication of this Notice in the Boston Globe and/or the Boston Herald; that as to any person not so serving and filing his claim and answer, default will be noted and condemnation ordered; and that application for intervention under Rule 24 of the Federal Rules of Civil Procedure by person claiming maritime liens or other interests may be untimely if not filed within the time allowed for claims to possession

UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS