UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-CV-10507 NG |
| ) | |
| v. ) | |
| ) | |
| SS NOBSKA its engines, boilers, ) | |
| lockers, cables, chains, tackle, fittings ) | |
| and spare parts, apparel, outfit, tools ) | |
| and other equipment, and all other ) | |
| appurtenances, etc., in rem, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ENTRY OF DEFAULT

It appearing from the "Application for Entry of Default" and the supporting papers filed therewith by plaintiff, United States of America, that all required notices have been filed and that the time to intervene for the purpose of asserting claims of maritime liens or other non-possessory or non-ownership interests against the vessel has expired; therefore

Default, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, is hereby entered in favor of plaintiff, United States of America, and against any and all persons, if any there be, with claims of maritime liens or other

non-possessory or non-ownership interests against the defendant, SS NOBSKA.

Boston, Massachusetts, this \_\_\_\_ day of _____, 2005.

_____
CLERK, UNITED STATES DISTRICT COURT

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

ANITA JOHNSON
Assistant U.S. Attorney

*Michael A. DiLauro*
MICHAEL A. DILAURO, Trial Attorney
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271
Tel. (202) 616-4019
Fax (202) 616-4159
Counsel for the United States

OF COUNSEL:

Anthony R. Conte, Esq.
Regional Solicitor
U.S. Department of the Interior
Office of the Solicitor
One Gateway Center, Suite 612
Newton, MA 02458-2802

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2005, a copy of the foregoing was forward via FedEx to the following:

> Joseph P. Quinn, Esq.
> Little Medeiros Kinder Bulman & Whitney PC
> 72 Pine St.
> Providence, RI 02903
> Tel. (401) 272-8080

*Michael A. DiLauro*
MICHAEL A. DILAURO, Trial Attorney