UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>SS NOBSKA its engines, boilers, )<br>lockers, cables, chains, tackle, fittings )<br>and spare parts, apparel, outfit, tools )<br>and other equipment, and all other )<br>appurtenances, etc., *in rem*, )<br>Defendant. ) | Civil Action No. 05 10507 NG |

## STIPULATION

The following is hereby stipulated and agreed to by the undersigned parties:

1. The United States acknowledges that the New England Steamship Foundation, Owner of the SS Nobska, timely filed and served its claim to the SS Nobska, and timely filed and served an answer to the United Sates' complaint. The United States' application for Entry of Default, dated May 20, 2005, does not contemplate an entry of default with respect to the New England Steamship Foundation.

2. The New England Steamship Foundation does not object to the United States' application for an entry of default insofar as it applies to parties who have not filed a claim with the Court.

Michael A. DiLauro
Michael A. DiLauro, Esq.
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044
Tel. (202) 616-4019

Dated: June 2, 2005

John E. Bulman (556361)
Little Medeiros Kinder
Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080

Dated: 5-31-05