UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-CV-10507 NG |
| ) | |
| v. ) | |
| ) | |
| SS NOBSKA its engines, boilers, ) | |
| lockers, cables, chains, tackle, fittings ) | |
| and spare parts, apparel, outfit, tools ) | |
| and other equipment, and all other ) | |
| appurtenances, etc., <u>in rem</u>, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

UNITED STATES' CERTIFICATE OF RULE 7.1 CONFERENCE ON ITS
EXPEDITED MOTION FOR INTERLOCUTORY SALE

I hereby certify that on this 18th day of July 2005, I conferred with counsel for the SSA Nobska, Matthew Reardon, Little Medeiros Kinder Bulman & Whitney, 72 Pine St., Providence, Rhode Island 02903, and he informed me that Michael A. DeLauro, counsel for the United States, had conferred with him on July 11, 2005, prior to the filing of the United States' Expedited Motion for Interlocutory Sale, and at that time, Mr. Reardon had not reached a conclusion regarding the SSA Nobska's position on the motion. Mr. Reardon also informed me on this day that he has not reached a conclusion

-2-

on the SSA Nobska's position on this motion. I will inform the Court immediately after Mr. Reardon communicates with me regarding his position on this motion.

> By its attorney,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Anita Johnson
> ANITA JOHNSON
> Assistant U.S. Attorney
> U.S. Attorney's Office
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way - Suite 9200
> Boston, MA 02210
> (617) 748-3282

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2005, I have served the foregoing by first class mail, postage prepaid, on Matthew Reardon, Esq., counsel for Defendant, Little Medeiros Kinder Bulman & Whitney PC, 72 Pine St., Providence, RI 02903, Tel. (401) 272-8080.

> /s/ Anita Johnson