UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **SS NOBSKA its engines, boilers,** ) | C.A. No. 05-cv-10507 |
| **lockers, cables, chains, tackle,** ) | |
| **fittings and spare parts, apparel,** ) | |
| **outfit, tools and other equipment,** ) | |
| **and all other appurtenances, etc.,** ) | |
| **in rem**, ) | |
| ) | |
| Defendant. ) | |

**GERTNER, D.J.:**

**ORDER RE: ENTRY OF DEFAULT**
August 8, 2005

The government seeks an entry of default against all persons or entities with claims of maritime liens or other non-possessory or non-ownership interests against the SS Nobska, a coastal steamer, who have failed to intervene in the above-entitled action [docket entry # 13].

The United States Marshal of this District arrested the SS Nobska on or about April 1, 2005.  A "Notice of Arrest of Vessel" was published in the Boston Herald on April 15, 17, and 18, 2005, and in The Boston Globe on April 16, 17, and 18, 2005.  (The government also provided copies of the complaint, order for arrest, warrant of arrest, notice of arrest, and other documents to any and all persons and/or their counsel who, to its

knowledge, potentially had claims of maritime liens or other non-possessory or non-ownership interests in the SS Nobska.)

In light of these notices, as well as the warrant of arrest, any person having a claim against the vessel was required to file that claim with the Court no later than ten days after publication of the notices.  See Supplemental Admiralty Rules C(4), C(6)(b) of the Federal Rules of Civil Procedure.  The deadlines have expired and no person or entity has filed such a claim.  Moreover, the United States alleges that no person or entity with claims of maritime liens or other non-possessory or non-ownership interests against the vessel, if there be any, was required to intervene in this action.

Thus, in accordance with Fed. R. Civ. P. 55(a), the government's motion for entry of default [docket entry # 13] is **GRANTED**.  Default is HEREBY entered in favor of plaintiff, United States of America, and against any and all persons, if any there be, with claims of maritime liens or other non-possessory or non-ownership interests against the defendant, SS Nobska.  The government has stipulated that its application does not contemplate an entry of default against The New England Steamship Foundation, owner of the SS Nobska, which has filed a claim with the Court.

**SO ORDERED.**

**Dated: August 8, 2005**               **s/NANCY GERTNER, U.S.D.J.**