UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SS NOBSKA its engines, boilers, ) | Civil Action No. 05-10507-NG |
| lockers, cables, chains, tackle, fittings ) | |
| and spare parts, apparel, outfit, tools ) | |
| and other equipment, and all other ) | |
| appurtenances, etc., *in rem*, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Christine L. Pecora-Luster, Trial Attorney, United States Department of Justice, as lead counsel for the plaintiff, United States of America, in the above-referenced case.

Dated: August 12, 2005

                                                                 Respectfully submitted,

                                                                 PETER D. KEISLER
                                                                 Assistant Attorney General

                                                                 MICHAEL J. SULLIVAN
                                                                 United States Attorney

                                                                 ANITA JOHNSON
                                                                 Assistant United States Attorney

        **/s/Christine L. Pecora-Luster**
        CHRISTINE L. PECORA-LUSTER
        Trial Attorney
        U.S. Department of Justice
        Post Office Box 14271
        Washington, D.C. 20044-4271
        Tel. (202) 616-4019
        Fax (202) 616-4159

OF COUNSEL:

Anthony R. Conte, Esq.
Regional Solicitor
U.S. Department of the Interior
Office of the Solicitor
One Gateway Center, Suite 612
Newton, MA 02458-2802

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2005, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

        Joseph P. Quinn, Esq.
        Little Medeiros Kinder Bulman & Whitney PC
        72 Pine St.
        Providence, RI 02903
        Tel. (401) 272-8080

        **/s/Christine L. Pecora-Luster**
        CHRISTINE L. PECORA-LUSTER, Trial Attorney