UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SS NOBSKA its engines, boilers, )<br>lockers, cables, chains, tackle, fittings )<br>and spare parts, apparel, outfit, tools )<br>and other equipment, and all other )<br>appurtenances, etc., *in rem*, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-10507-NG |

**JOINT MOTION FOR CONTINUANCE OF**
**SCHEDULING CONFERENCE**

The Plaintiff and Defendant move this Honorable Court to continue the Scheduling Conference set for September 1, 2005, until October 3, 2005, and as grounds therefore, state the following:

1.      The Scheduling Order was issued on July 18, 2005. This Order requires that the report of the parties meeting be filed not later than August 29, 2005.

2.      Pursuant to the Scheduling Order, the United States contacted the Defendant regarding potential settlement of this matter. The parties are engaged in ongoing settlement discussions which the parties believe will result in settlement.

3.      The parties respectfully request that the Scheduling Conference be moved by a month, to allow the parties to finalize the terms of the settlement, and prepare all the supporting documents.

4. The parties respectfully jointly represent to the Court that this Joint Motion for Continuance is not interposed for delay and will not prejudice the rights of any party in this action.

5. Defendant's counsel, John Bulman, Esquire, has given his express consent that counsel for the United States may electronically file this Joint Motion on behalf of all parties of record.

WHEREFORE, for the reasons stated above, the parties respectfully jointly move this Court to continue the Scheduling Conference from September 1, 2005, to October 3, 2005, to allow the parties to finalize the anticipated settlement.

Date: August 23, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

ANITA JOHNSON
Assistant U.S. Attorney

 /s/ Christine L. Pecora-Luster
CHRISTINE L. PECORA-LUSTER, Trial Attorney
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271
Tel. (202) 616-4019
Fax (202) 616-4159
Counsel for the United States

OF COUNSEL:

Anthony R. Conte, Esq.
Regional Solicitor
U.S. Department of the Interior
Office of the Solicitor
One Gateway Center, Suite 612
Newton, MA 02458-2802

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 23rd day of August, 2005, a copy of the foregoing was forward electronically via the CM/ECF system and via FedEx to the following:

>Joseph P. Quinn, Esq.
>John Bulman, Esq.
>Matthew Riordan, Esq.
>Little Medeiros Kinder Bulman & Whitney PC
>72 Pine St.
>Providence, RI 02903
>Tel. (401) 272-8080

     **/s/ Christine L. Pecora-Luster**
     CHRISTINE L. PECORA-LUSTER, Trial Attorney