UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SS NOBSKA its engines, boilers, | ) | Civil Action No. 05-10507-NG |
| lockers, cables, chains, tackle, fittings | ) | |
| and spare parts, apparel, outfit, tools | ) | |
| and other equipment, and all other | ) | |
| appurtenances, etc., *in rem*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to L.R. 16.1 and Fed.R.Civ.P. 26(f), a telephonic meeting was held on August

23, 2005, and was attended by Matthew Riordan, Esq., counsel for the SS NOBSKA and the

New England Steamship Foundation ("Foundation"), and Christine L. Pecora-Luster, counsel for

the United States. During this meeting, the parties engaged in settlement discussions. Both

parties agreed to seek a continuance of the Scheduling Conference set by this Court for

September 1, 2005, to allow the parties to negotiate the terms of the settlement. The Joint

Motion to Continue the Scheduling Conference was granted by this Court on August 26, 2005.

Settlement discussions have been ongoing, in good faith, since August 26, 2005. Draft

settlement proposals, including a Stipulation of Sale, Bill of Sale, and Motion of Dismissal have

been exchanged. At this juncture, the United States is waiting on approval of the terms of the

settlement by the Foundation. A meeting of the Board of Directors of the Foundation was held

on September 24, 2005.  However, a formal settlement has not yet been reached.  In the event

that settlement does not occur, the United States submits the following statement pursuant to

L.R. 16.1 and the Fed.R.Civ.P. 26(f).

This case was filed under Supplemental Admiralty Rule C - Actions in Rem.  The United

States seeks a maritime lien against SS NOBSKA, and also a sale of SS NOBSKA to satisfy the

lien.  On March 17, 2005, a warrant of arrest of the vessel was issued by this Court. [Docket

Entry #8]  SS NOBSKA was arrested on April 4, 2005, and the National Park Service (NPS) was

named as the ship's custodian. [Docket Entry #12]  On June 6, 2005, the United States filed a

Motion for Summary Judgment seeking the establishment of the maritime lien against SS

NOBSKA. [Docket Entry #18].  No opposition was filed.  On July 12, 2005, the United States

filed a Motion for Interlocutory Sale. [Docket Entry #19]  This motion also remains unopposed.

Pursuant to Supplemental Admiralty Rule E, the Court shall either grant an Interlocutory

Sale of the vessel seized or arrested, or schedule a hearing to determine whether the vessel

arrested should be sold.  Discovery may take place before the hearing.  Due to the settlement

posture of this case, the parties have not addressed a time line for discovery, dispositive motions,

or a date for the hearing of the sale of the vessel.  In the event that discovery is conducted, all

discovery will be commenced in time to be completed as provided by the Federal Rules of Civil

Procedure.

The undersigned counsel for the United States certify that parties have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and
   various alternative courses - of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute
   resolution programs such as those outlined in Local Rule 16.4.

Dated: October 5, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

ANITA JOHNSON
Assistant United States Attorney


 /s/Christine L. Pecora-Luster
CHRISTINE L. PECORA-LUSTER
Trial Attorney
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271
Tel. (202) 616-4019
Fax (202) 616-4159
ATTORNEY FOR PLAINTIFF

OF COUNSEL:

Anthony R. Conte, Esq.
Regional Solicitor
U.S. Department of the Interior
Office of the Solicitor
One Gateway Center, Suite 612
Newton, MA 02458-2802

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2005, the foregoing was

electronically filed with the Clerk of the Court using the CM/ECF system.  It is also

certified that the below counsel was notified of such filing via FEDEX:

Matthew Riordan, Esq.
Little Medeiros Kinder Bulman & Whitney PC
72 Pine St.
Providence, RI 02903
Tel. (401) 272-8080

 **/s/Christine L. Pecora-Luster**
CHRISTINE L. PECORA-LUSTER, Trial Attorney