UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>         Plaintiff, )<br>v. )<br>)<br>SS NOBSKA its engines, boilers, )<br>lockers, cables, chains, tackle, fittings )<br>and spare parts, apparel, outfit, tools )<br>and other equipment, and all other )<br>appurtenances, etc., *in rem*, )<br>         Defendant. )<br>_____) | Civil Action No. 05 10507 NG |

### ENTRY OF APPEARANCE

NOW COMES John E. Bulman, Esquire of the law firm of Little, Medeiros, Kinder, Bulman & Whitney, P.C., and hereby enters his appearance as Attorney of record for the Claimant, NEW ENGLAND STEAMSHIP FOUNDATION. Joseph P. Quinn, previously Attorney of record in this matter, hereby withdraws his appearance.

Respectfully submitted,

LITTLE MEDEIROS KINDER
 BULMAN & WHITNEY PC
Attorneys for Owners of the SS NOBSKA

_____
John E. Bulman (BBO#556361)
Little Medeiros Kinder
 Bulman & Whitney PC
72 Pine Street
Providence, RI 02903
Tel. (401) 272-8080
Fax. (401) 521-3555

Dated: 10-7-05

_____
Joseph P. Quinn (BBO# 652637)
Allmerica Financial
The Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653
Tel. (508) 855-4873
Fax. (508) 855-3073

Dated: 10/7/05

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of October, 2005, a copy of the foregoing was forwarded regular mail, postage prepaid to the following:

TO: Anita Johnson, Esq.
Assistant United States Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Christine L. Pecora-Luster Esq.
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271

*Wendy R. Novak*