UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SS NOBSKA its engines, boilers,  )<br>lockers, cables, chains, tackle, fittings  )<br>and spare parts, apparel, outfit, tools  )<br>and other equipment, and all other  )<br>appurtenances, etc., *in rem*,  )<br>  )<br>Defendant.  )<br>_____)  | Civil Action No. 05-10507-NG |

### STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

A settlement agreement having been reached, it is hereby stipulated and agreed that this action is voluntarily dismissed as to all parties pursuant to Rule 41(a)(1)(ii) Federal Rules of Civil Procedure, with prejudice but without costs as to any party.  Exhibits A and B memorialize the agreement reached between the parties in this matter.

Dated: November 3, 2005

The Plaintiff,
THE UNITED STATES OF AMERICA

By: /s/ Christine L. Pecora-Luster
Christine L. Pecora-Luster, Esq.
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 14271
Washington, D.C. 20044-4271
(202) 616-4019

The Defendant,
SS NOBSKA, *in rem*, and the
New England Steamship Foundation,
*in personam*

By: /s/ John Bulman
John Bulman, Esq.
Little Medeiros Kinder Bulman &
Witney PC
72 Pine St.
Providence, RI 02903
(401) 272-8080

SO ORDERED

_____ 11/7/05
Nancy Gertner
United States District Judge